No. 00–225.  MACK *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.  C. A. 7th Cir.  Certiorari denied.

No. 00–227.  MORGAN *v.* GOBER, ACTING SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 00–230.  HOLMAN ET UX. *v.* INDIANA ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 00–233.  FRAZIER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–236.  BLAIR ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–237.  ARMSTRONG ET UX. *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT.  C. A. 11th Cir.  Certiorari denied.

No. 00–245.  CORREDOR *v.* FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 00–247.  TAMBERELLA *v.* NEVADA EMPLOYMENT SECURITY DIVISION ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–253.  MARTINEZ *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 00–282.  UNITED STATES EX REL. CANTEKIN *v.* UNIVERSITY OF PITTSBURGH ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–286.  MEYER *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 00–288.  SMITH *v.* HOLTZ ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–303.  OCANA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–5005.  MANNING *v.* ROE ET AL.  C. A. 9th Cir.  Certiorari denied.